UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIAN M. MIRANDA, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>LAW OFFICE OF D. SCOTT CARRUTHERS, a general partnership, DENNIS SCOTT CARRUTHERS,<br><br>        Defendants.<br>_____/ | 1:10-cv-01487-OWW-SMS<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL INTERROGATORY RESPONSES AND PRODUCTION OF DOCUMENTS**<br>(Doc. 35)<br><br>**ORDER RESERVING PLAINTIFF'S REQUEST FOR IMPOSITION OF PAYMENT OF EXPENSES, INCLUDING ATTORNEY'S FEES** |

    The Court, having taken the matter under submission pursuant to its order of August 11, 2011 (Doc. 46), and further having read and considered Plaintiff's memorandum of points and authorities (Doc. 35-1), the declaration of Plaintiff's counsel Elizabeth J. Arleo (Doc. 35-2), Defendant's opposition (Doc. 40), and counsels' joint statement (Doc. 44),

    GOOD CAUSE APPEARING, it is HEREBY ORDERED that:

    1.   Defendant provide complete responses to Plaintiff's Interrogatory Nos. 7, 10, and 13-15 within twenty (20) calendar days from the date of service of this order.

1

    2.    Defendant produce non-privileged documents responsive to Plaintiff's Requests for Production of Documents Nos. 1-5 within twenty (20) calendar days from the date of service of this order.

    3.    Defendant is cautioned that the use of ANY "boilerplate objections" without good faith substantive and complete explanation will result in imposition of potentially severe sanctions.

    4.    Plaintiff's request for imposition of payment of expenses, including attorney's fees, for the necessity to bring this matter before the court shall be RESERVED.

IT IS SO ORDERED.

**Dated:   August 26, 2011**              /s/ Sandra M. Snyder
                                                  UNITED STATES MAGISTRATE JUDGE